IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| PAYPAL, INC.<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>RETAILMENOT, INC.,<br><br>    Defendant and Counterclaim Plaintiff. | Civil Action No.: 1:20-cv-814-ADA<br><br>JURY TRIAL DEMANDED |

**JOINT MOTION FOR ENTRY OF AN ORDER REFLECTING
THE STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a), plaintiff PayPal, Inc. and defendant RetailMeNot, Inc., parties to this legal action, by and through their attorneys, do hereby jointly move for an order approving their stipulation as follows:

1. All claims against RetailMeNot, Inc. are dismissed with prejudice.

2. All counterclaims against PayPal, Inc. are dismissed with prejudice.

3. Each party is to bear its own costs and attorneys' fees with respect to this legal action and the entry of this Stipulation and Order of Dismissal.

4. The Court may enter an Order adopting this Stipulation of Dismissal and Proposed Order Thereon as the Order of the Court.

Dated: October 27, 2020

Respectfully Submitted,

| | |
|---|---|
| KIRKLAND & ELLIS LLP | FISH & RICHARDSON P.C |

By: */s/ Jon R. Carter*  
    Robert A. Appleby, P.C. (*pro hac vice*)  
    rappleby@kirkland.com  
    Jeanne M. Heffernan, P.C. (*pro hac vice*)  
    jheffernan@kirkland.com  
    Jon R. Carter (*pro hac vice*)  
    jon.carter@kirkland.com  
    601 Lexington Avenue  
    New York, NY 10022-4611  
    Tel: (212) 446-4800  

    SHELTON COBURN LLP  
    Barry Shelton  
    Texas Bar No. 24055029  
    bshelton@sheltoncoburn.com  
    Bradley Coburn  
    Texas Bar No. 24036377  
    coburn@sheltoncoburn.com  
    311 Ranch Road 620 S, Suite 205  
    Austin, TX 78734-4775  
    Tel: (512) 263-2165  

    **COUNSEL FOR DEFENDANT AND COUNTERCLAIM PLAINTIFF, RETAILMENOT, INC.**

By: */s/ David M. Hoffman*  
    David M. Hoffman  
    Texas Bar No. 24046084  
    hoffman@fr.com  
    111 Congress Avenue, Suite 810  
    Austin, TX 78701  
    Tel: (512) 472-5070  
    Fax: (512) 320-8935  

    Juanita Brooks  
    brooks@fr.com  
    12390 El Camino Real, Suite 100  
    San Diego, CA  92150  
    Tel: (858) 678-5070  
    Fax: (858) 378-5099  

    Indranil Mukerji  
    mukerji@fr.com  
    Stephen A. Marshall (*pro hac vice*)  
    smarshall@fr.com  
    1000 Maine Ave., S.W., Suite 1000  
    Washington, D.C. 20024  
    Tel: (202) 783-5070  
    Fax: (202) 783-2331  

    Katherine H. Reardon (*pro hac vice*)  
    reardon@fr.com  
    7 Times Square, 20th Floor  
    New York, NY 10036  
    Tel: (212) 765-5070  
    Fax: (212) 258-2291  

    **COUNSEL FOR PLAINTIFF AND COUNTERCLAIM DEFENDANT, PAYPAL, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 27, 2020, and it was served via CM/ECF on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(b)(1).

*/s/ David M. Hoffman*
David M. Hoffman